No. 92–970. WOODS PETROLEUM CORP. v. CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA ET AL.; and

No. 92–1286. CHEYENNE-ARAPAHO TRIBES OF OKLAHOMA *v.* WOODS PETROLEUM CORP. ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 966 F. 2d 583.